UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED**

### CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-04765-ODW (DMKx) | Date | April 14, 2026 |
|---|---|---|---|
| Title | *Modern Floor Specialists, Inc. et al v. City of Los Angeles et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Patricia Kim | CourtSmart | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Joshua-Eleazar Esmeralda Matic | Joseph S. Persoff | |

**Proceedings:**      **Hearing on City Defendants' Motion for Sanctions [32]**

Case called, appearances made.  The Court heard from Plaintiff's attorney Joshua-Eleazar Esmeralda Matic on the frivolous legal claims and factual misrepresentations he made in the First Amended Complaint.  (*See* Order re: Dismissal & Sanctions ("Order") 10–14, Dkt. No. 48 (detailing the frivolous legal claims and factual misrepresentations made in this case).)

The Court also heard from Matic on his use of a nonexistent and hallucinated case in his opposition to City Defendants' Motion to Dismiss.  (*See* Order 14–15 (discussing Matic's use of a non-existent case).)  During the hearing, Matic admitted that he used generative artificial intelligence ("AI") when drafting his opposition brief.  Specifically, he admitted to uploading various papers into ChatGPT and prompting it to draft an opposition brief for his review.  He further admitted to failing to thoroughly review his opposition brief before filing it with the Court.

For the reasons stated in the Court's previous order, (Order 10–14), and for the reasons stated on the record, the Court **GRANTS** City Defendants' Motion for Sanctions, (Dkt. No. 32). The Court **ORDERS** Matic to file a declaration, with this Order attached, no later than **APRIL 28, 2026**, in every case in which he is either an attorney or a party in the Central District of California.  The declaration shall contain an explanation of how Matic used generative AI to draft his briefings in this case.  For every judge in the Central District before whom Matic is not currently appearing, the Court **ORDERS** Matic to email the declaration, with this Order attached, no later than **APRIL 28, 2026**, to each judge's chambers' email.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-04765-ODW (DMKx) | Date | April 14, 2026 |
|---|---|---|---|
| Title | *Modern Floor Specialists, Inc. et al v. City of Los Angeles et al* | | |

Failure to strictly comply with these orders will result in further disciplinary proceedings, including, but not limited to, monetary sanctions and referral to the California State Bar.

**IT IS SO ORDERED.**

:     41

Initials of Preparer     PK