UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-04765-ODW (DMKx) | Date | April 27, 2026 |
|---|---|---|---|
| Title | *Modern Floor Specialists, Inc. et al v. City of Los Angeles et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**       **In Chambers**

On April 3, 2026, the Court dismissed Plaintiffs' First Amended Complaint with leave to amend certain causes of action "within **twenty-one (21) days of the date of [the] Order**." (Order 15, Dkt. No. 48.)  The Court warned that if "Plaintiffs choose not to amend, all causes of action shall be deemed dismissed with prejudice as of the lapsed deadline, and the Court will close the case." (*Id.*)

As Plaintiffs' deadline to amend has come and gone, the Court now **DISMISSES** the entirety of the First Amended Complaint **WITH PREJUDICE**.  The Clerk of the Court shall close the case.  City Defendants' Application for Attorney Fees remains pending.  (Dkt. No. 54.)

**IT IS SO ORDERED.**

                                                                :

                                            Initials of Preparer    SE